UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RANDY FONTENOT AND					CIVIL ACTION NO.
CHRISTI FONTENOT
									17-349-BAJ-EWD
VERSUS

AMERICAN BANKERS
INSURANCE COMPANY
OF FLORIDA

## MOTION TO COMPEL DISCOVERY

American Bankers Insurance Company of Florida ("American Bankers") respectfully moves to compel the plaintiffs, Randy Fontenot and Christi Fontenot, to answer the Interrogatories and comply with the Requests for Production that American Bankers served on October 10, 2017.

The Court can compel discovery if a party fails to answer an interrogatory submitted under Rule 33 or produce documents under Rule 34.  Fed. R. Civ. P. 37(a)(3)(B)(iii) and (iv).  In this matter the delay for answering has expired, and the plaintiffs have not responded as required under the Federal Rules.

Accordingly, American Bankers moves to compel and also prays for sanctions, including the attorney's fees American Bankers has incurred.

## CERTIFICATE OF CONFERENCE

Undersigned counsel certifies that American Bankers has attempted to resolve this discovery dispute without court action, as required by *Federal Rule of Civil Procedure* 37(a)(1).

1

Respectfully submitted,

*/s/ Gordon P. Serou, Jr.*
GORDON P. SEROU, JR. (No. 14432)
Law Offices of Gordon P. Serou, Jr., LLC
gps@seroulaw.com
Poydras Center, Suite 1002
650 Poydras Street
New Orleans, Louisiana 70130
Phone:      504-207-1910
Fax:          504-784-6428

*Attorney for American Bankers*
*Insurance Company of Florida*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2017, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by United States Mail.

*/s/ Gordon P. Serou, Jr.*
GORDON P. SEROU, JR.