UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RANDY FONTENOT AND<br>CHRISTI FONTENOT<br><br>VERSUS<br><br>AMERICAN BANKERS<br>INSURANCE COMPANY<br>OF FLORIDA | CIVIL ACTION NO.<br><br>17-349-BAJ-EWD |

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY**

MAY IT PLEASE THE COURT

American Bankers Insurance Company of Florida ("American Bankers") respectfully moves to compel the plaintiffs, Randy Fontenot and Christi Fontenot, to answer the Interrogatories and comply with the Requests for Production that American Bankers served on October 10, 2017.[1]

**I.**

**PROCEEDINGS**

This is a property damage insurance claim, related to a rainstorm that occurred "on or about" August 16, 2016.[2] American Bankers issued a policy of insurance to Randy and Christi Fontenot, with coverage for the manufactured home and contents located at 42358 Highway 931, Gonzales, Louisiana 70737, according to the terms of the policy.[3] American Bankers has already paid $90,364.23 on plaintiffs' insurance claim related to the windstorm. Nevertheless, the plaintiffs seek additional policy benefits for alleged (1) storm damage to the manufactured home,

---

[1] Exhibit A
[2] Rec. Doc. 1-1, Petition, pp. V.
[3] The Specialty Homeowners Program Policy is on file at Rec. Doc. 1-2.

1

(2) contents losses, and (3) living expense.[4]  The plaintiffs also seek to recover for alleged bad faith.[5]

On October 10, 2017, American Bankers served written discovery requests on the plaintiffs.[6]  The plaintiffs have not yet answered this discovery, despite American Bankers' repeated requests.  In the interest of resolving the plaintiffs' insurance claim, and in order to move this litigation forward, American Bankers respectfully moves to compel.

## II.

## CERTIFICATE OF CONFERENCE

American Bankers has attempted to resolve the dispute without court action, as required by *Federal Rule of Civil Procedure* 37(a)(1).  Specifically, American Bankers contacted the plaintiffs through counsel on December 1, 2017, to request the overdue discovery responses, and scheduled a discovery conference.[7]  At the conference, counsel promised to respond in full by December 12.[8]

On December 13, 2017, the plaintiffs requested an additional extension.[9]  American Bankers agreed, and granted the plaintiffs until December 15, 2017.[10]  As of this date, the plaintiffs have not yet responded.

## III.

## LAW AND ARGUMENT

The plaintiffs have provided some limited documentation in support of their claim, as discussed in American Bankers' motion for summary judgment.[11]  However, they have not yet

---

[4] Petition, pp. XXIV
[5] Petition, pp. XXIII, citing Louisiana Revised Statutes, R.S. 22:1892.
[6] Exhibit A
[7] Exhibit B -- email dated December 1, 2017.
[8] Exhibit B -- email dated December 5, 2017.
[9] Exhibit B -- email dated December 13, 2017.
[10] *Id.*

2

provided their initial disclosures,[12] nor have they answered American Bankers' discovery. Thus, there remains substantial information that the plaintiffs have yet to provide.

To review some details:

(1) Regarding contents, the plaintiffs have produced a contents list,[13] and allowed American Bankers to inspect some items. In the discovery, American Bankers requests that the plaintiffs provide receipts and documentation, and advise for each item, (1) the date of purchase, (2) the place of purchase (i.e., the vendor), (3) the payment method (i.e., cash, check or charge), and (4) the original cost. (Interrogatory no 12, RFP no. 8) American Bankers has also repeatedly requested this information through the claim process -- see attached correspondence dated June 20, 2017, and October 10, 2017.[14] The plaintiffs have provided no documentation and none of the requested information, other than the list itself.

(2) The plaintiffs have not provided any meaningful information regarding their alleged additional living expenses. (Interrogatory no. 13, RFP no. 9) As explained in the motion for summary judgment, if a covered loss makes the insured premises uninhabitable, the insureds are covered for "reasonable additional living expenses incurred in addition to your normal living expenses."[15] This coverage part requires "paid receipts" as verification.[16] The plaintiffs should be compelled to make full disclosure, if they are continuing to contend that American Bankers underpaid their claim.

---

[11]    Rec. Docs. 11-2 (engineering report), 11-10 and 11-11 (contractor estimates), and 11-12 (contents list).
[12]    Plaintiffs' Initial Disclosures were due on September 12, 2017. (Rec. Doc. 9). However, the court vacated the scheduling order on November 3, 2017. Rec. Doc. 16.
[13]    Rec. Doc. 11-12.
[14]    Exhibits C and D.
[15]    Memorandum in Support of Motion for Summary Judgment, Rec. Doc. 11-1, at pages 8-9.
[16]    *Id.*, citing to policy of insurance.

(3) The plaintiffs have not made disclosure regarding temporary or permanent repairs to the dwelling, or any steps they took after the incident to protect the dwelling from further loss.  (Interrogatory nos. 8 through 10, RFP nos. 3 through 5)

(4) The plaintiffs have not disclosed any individuals or contractors who made repairs.  (Interrogatory no. 11, RFP no. 6 and 7)

The court may compel responses to discovery if a party fails to answer an interrogatory submitted under Rule 33 or produce documents under Rule 34.  Fed. R. Civ. P. 37(a)(3)(B)(iii) and (iv).  Based on the foregoing American Bankers respectfully moves to compel the plaintiffs to fully and completely respond to its discovery requests.

American Bankers also asks that the court award sanctions against plaintiffs for their failure to make disclosures, including the attorney's fees incurred in preparing this motion to compel.  *Federal Rule of Civil Procedure* 37(a)(5)(A).

## IV.

## LOCAL RULE 37, STATEMENT OF DISCOVERY REQUESTS

In accordance with Local Rule 37, "Discovery Violations," the discovery requests at issue are as follows:

QUOTE

**INTERROGATORY NO. 1**

Please identify every person known, or reasonably felt by **you**, to have knowledge of, the facts and circumstances of the **incident**.

[NO RESPONSE]

**INTERROGATORY NO. 2**

Please identify every person known, or reasonably thought by **you**, to be used as a witness at the trial of this case, whether expert or non-expert.

[NO RESPONSE]

**INTERROGATORY NO. 3**

In connection with the witnesses listed in the preceding two Interrogatories, please state the substance or expected substance of the testimony of each witness with particularity, along with any other relevant factual assertions expected to be made by these witnesses.

[NO RESPONSE]

**INTERROGATORY NO. 4**

Do **you** have either a copy or knowledge of any statement, oral or written, made by **you**, the defendant, or any witness?  If so please state all the following:

a) The identity of the person who made the statement;
b) The substance of the statement;
c) The date on which the statement was taken;
d) The identity of the person who took the statement;
e) Whether the statement was reduced to writing;
f) The present location of the statement and the identity of the person now in possession of the statement.

[NO RESPONSE]

**INTERROGATORY NO. 5**

Please identify all documents, things, and electronically stored information in any way **pertaining to** or **regarding** the **incident** and/or the **dwelling**, and identify all persons, companies, and organizations with knowledge of and/or records **pertaining to** the same.

[NO RESPONSE]

**INTERROGATORY NO. 6**

Please identify with particularity all damages and losses for which **you** seek to recover, including policy benefits, compensatory damages, and statutory penalties of any type.  Please identify all documents in any way **pertaining to** or **regarding** such damages and losses, and identify all persons, companies, and organizations with knowledge of and/or records **pertaining to** the same.

[NO RESPONSE]

**INTERROGATORY NO. 7**

5

Do **you** contend that the defendant acted in bad faith and/or arbitrarily and capriciously? If so, please provide all factual bases for this contention, identify all witnesses with knowledge of the same, and identify all documents and electronically stored information **pertaining to** or **regarding** the same.

[NO RESPONSE]

**INTERROGATORY NO. 8**

Please describe all temporary and permanent repairs to the **dwelling**. Please identify all witnesses with knowledge, and all receipts, invoices, checks, and other documents and electronically stored information **pertaining to** or **regarding** the same and the cost of said repairs.

[NO RESPONSE]

**INTERROGATORY NO. 9**

Please identify, itemize and describe with particularity the cost of all materials, labor, etc. to repair damage sustained to the insured **dwelling.**

[NO RESPONSE]

**INTERROGATORY NO. 10**

Please describe all steps **you** took after the **incident** to protect the insured **dwelling** from further loss.

[NO RESPONSE]

**INTERROGATORY NO. 11**

Please identify any and all contractors, sub-contractors, repairmen, and any other persons who performed or assisted in the performance of any repairs to the **dwelling** and whether or not they provided any estimates or proposals, or performed any repairs.

[NO RESPONSE]

**INTERROGATORY NO. 12**

Please identify all personal property that you contend sustained damage in the **incident.** Please describe each item by make, model, and serial number (if available), and for each item provide (1) the date of purchase, (2) the place of purchase (i.e., the vendor), (3) the payment method (i.e., cash, check or charge),

6

(4) the original cost, (5) the current location of the item, and (6) describe any repairs or alterations since the date of the windstorm alleged in suit.  Please identify all persons with knowledge, and identify all documents, things, and electronically stored information **pertaining to** or **regarding** the same.

[NO RESPONSE]

### INTERROGATORY NO. 13

If you are seeking to recover additional living expenses, please identify all witnesses with knowledge, and all documents and electronically stored information **pertaining to** or **regarding** the same.

[NO RESPONSE]

### INTERROGATORY NO. 14

Please identify each person answering these Interrogatories, supplying information, or assisting in any way with the preparation of the answers to these Interrogatories.

[NO RESPONSE]

### INTERROGATORY NO. 15

Please identify all insurance policies **pertaining to** or **regarding** the **property**, including but not limited to homeowners, flood, and/or fire.

[NO RESPONSE]

### INTERROGATORY NO. 16

Have **you** made any claims or demands, or filed any other lawsuits, against anyone other than American Bankers?  If so, please identify all claims, lawsuits, and persons with knowledge, and all documents and electronically stored information **pertaining to** or **regarding** the same.

[NO RESPONSE]

### REQUEST FOR PRODUCTION NO. 1

Please produce all documents and electronically stored information identified and/or requested to be identified in response to the Interrogatories served on **you** herewith.

[NO RESPONSE]

**REQUEST FOR PRODUCTION NO. 2**

Please produce any and all documents and electronically stored information **pertaining to** or **regarding** any damage to the **dwelling**, including but not limited to all surveys, reports, damage estimates, repair estimates, photographs, video recordings, digital recordings, correspondence, payments, checks, invoices, etc. **regarding** anything damaged.

[NO RESPONSE]

**REQUEST FOR PRODUCTION NO. 3**

Please produce any and all documents and electronically stored information **pertaining to** or **regarding** temporary and permanent repairs to the **dwelling,** including but not limited to all receipts, invoices, checks, and other documents **pertaining to** or **regarding** the same.

[NO RESPONSE]

**REQUEST FOR PRODUCTION NO. 4**

Please produce any and all documents and electronically stored information **pertaining to** or **regarding** the cost of all materials, labor, etc. used to repair damage to the insured **dwelling.**

[NO RESPONSE]

**REQUEST FOR PRODUCTION NO. 5**

Please produce any and all documents and electronically stored information **pertaining to** or **regarding** any steps **you** took after the date of the **incident** to protect the insured **dwelling** from further loss.

[NO RESPONSE]

**REQUEST FOR PRODUCTION NO. 6**

Please produce any and all documents and electronically stored information **pertaining to** or **regarding** any and all contractors, sub-contractors, repairmen, and any other persons who performed or assisted in the performance of any repairs on the **dwelling**.

[NO RESPONSE]

**REQUEST FOR PRODUCTION NO. 7**

8

Please produce any and all documents and electronically stored information **pertaining to** or **regarding** any and all contractors, sub-contractors, repairmen, and any other persons who **you** contacted or consulted in any way regarding damage to or repairs of the insured **dwelling**, whether or not they provided any estimates or proposals, or performed any repairs, including but not limited to any estimates or proposals they prepared.

[NO RESPONSE]

### REQUEST FOR PRODUCTION NO. 8

Please produce any and all documents and electronically stored information **pertaining to** or **regarding** any personal property that you contend sustained damage in the **incident**, including but not limited to all surveys, reports, damage estimates, repair estimates, photographs, video recordings, digital recordings, correspondence, payments, checks, invoices, etc. **regarding** anything damaged.

[NO RESPONSE]

### REQUEST FOR PRODUCTION NO. 9

Please produce any and all documents and electronically stored information **pertaining to** or **regarding** any additional living expenses for which you seek to recover, including but not limited to all leases, rental agreements, receipts, checks, contracts, etc., **regarding** your expenses.

[NO RESPONSE]

### REQUEST FOR PRODUCTION NO. 10

Please produce any and all documents and electronically stored information **pertaining to** or **regarding** any insurance claims **you** have made to recover losses for damages to the **property**, and all payments **you** have received.

[NO RESPONSE]

### REQUEST FOR PRODUCTION NO. 11

Please produce any and all documents and electronically stored information **pertaining to** or **regarding** any alleged damages (of any sort whatsoever) for which **you** seek to recover in this suit.

[NO RESPONSE]

**REQUEST FOR PRODUCTION NO. 12**

Please produce any and all witness statements in any way **pertaining to** or **regarding** the **incident** and/or alleged damages **you** seek to recover in this suit, whether verbal, written, oral, or recorded in some manner.

[NO RESPONSE]

**REQUEST FOR PRODUCTION NO. 13**

For each expert witness **you** intend to call at trial, please provide:

a) Their resume;
b) All reports or written opinions they provided;
c) All documents or things which i) **you** have provided to them and/or, ii) they have otherwise obtained and/or reviewed in evaluating the issues on which they opine;
d) All of their notes and working papers;
e) Any learned treatises or authorities on which they rely in any respect;
f) Any retainer agreements and other documents relating to or describing the expert's compensation in this matter, and
g) Any invoices or fee statements rendered by the expert.

[NO RESPONSE]

**REQUEST FOR PRODUCTION NO. 14**

Please produce any and all documents and electronically stored information **pertaining to** or **regarding** any and all civil law suits as to which **you** have ever been a party, specifically including, but not limited to, settlement agreements, releases, motions to dismiss, and related correspondence.

[NO RESPONSE]

**REQUEST FOR PRODUCTION NO. 15**

Please produce all contracts, retainer agreements, and other agreements that **you** may have or had with public adjustors and/or other experts **pertaining to** or **regarding** the **property**.

[NO RESPONSE]

**REQUEST FOR PRODUCTION NO. 16**

10

Please produce all documents **pertaining to** or **regarding** any application for government and private charity benefits including but not limited to the application itself and any grant or award letters **you** have received.

[NO RESPONSE]

**REQUEST FOR PRODUCTION NO. 17**

Please produce copies of any and all photographs, videos or images of any anything **pertaining to** or **regarding** the **incident** alleged in suit, the insured **property,** all contents and component parts of the **property,** and/or anything else that was damaged in the windstorm.

[NO RESPONSE]

Respectfully submitted,

*/s/ Gordon P. Serou, Jr.*
GORDON P. SEROU, JR. (No. 14432)
Law Offices of Gordon P. Serou, Jr., LLC
gps@seroulaw.com
Poydras Center, Suite 1002
650 Poydras Street
New Orleans, Louisiana 70130
Phone:		504-207-1910
Fax:		504-784-6428

*Attorney for American Bankers Insurance Company of Florida*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2017, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by United States Mail.

*/s/ Gordon P. Serou, Jr.*
GORDON P. SEROU, JR.