UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| 17-cv-00349-BAJ-EWD | Fontenot et al v. American Bankers Insurance Company of Florida |
| 17-cv-00547-JWD-RLB | Kergan Bros., Inc. v. American Bankers Insurance Company of Florida |
| 17-cv-01193-SDD-EWD | Myers et al v. American Bankers Insurance Company of Florida |
| 17-cv-01256-SDD-EWD | Laughlin v. American Bankers Insurance Company of Florida |
| 17-cv-01268-SDD-RLB | Cronan et al v. American Bankers Insurance Company of Florida |
| 17-cv-01393-SDD-EWD | Hamberlin v. American Bankers Insurance Company of Florida |
| 17-cv-01400-JWD-RLB | Hebert v. American Bankers Insurance Company of Florida |
| 17-cv-01409-SDD-EWD | Mayeux et al v. American Bankers Insurance Company of Florida |
| 17-cv-01411-SDD-EWD | Burnett v. American Bankers Insurance Company of Florida |
| 17-cv-01412-SDD-RLB | Pike et al v. American Bankers Insurance Company of Florida |
| 17-cv-01413-JWD-EWD | Rogers et al v. American Bankers Insurance Company of Florida |
| 17-cv-01414-JWD-RLB | Albert v. American Bankers Insurance Company of Florida |
| 17-cv-01415-BAJ-EWD | Freeman et al v. American Bankers Insurance Company of Florida |
| 17-cv-01416-BAJ-EWD | Conner v. American Bankers Insurance Company of Florida |
| 17-cv-01418-BAJ-EWD | Pierce v. American Bankers Insurance Company of Florida |
| 17-cv-01419-SDD-RLB | Carroll v. American Bankers Insurance Company of Florida |
| 17-cv-01420-JWD-RLB | Robinson v. American Bankers Insurance Company of Florida |
| 17-cv-01421-BAJ-RLB | Glover et al v. American Bankers Insurance Company of Florida |
| 17-cv-01422-JWD-EWD | Boyd et al v. American Bankers Insurance Company of Florida |
| 17-cv-01423-SDD-RLB | Fontenot v. American Bankers Insurance Company of Florida |
| 17-cv-01424-BAJ-EWD | Sellars v. American Bankers Insurance Company of Florida |
| 17-cv-01425-SDD-RLB | Turner et al v. American Bankers Insurance Company of Florida |
| 17-cv-01426-SDD-RLB | McQuirter v. American Bankers Insurance Company of Florida |
| 17-cv-01427-BAJ-EWD | Gill et al v. American Bankers Insurance Company of Florida |
| 17-cv-01473-JWD-RLB | Coan v. American Bankers Insurance Company of Florida |
| 17-cv-01474-BAJ-EWD | Bankston et al v. American Bankers Insurance Company of Florida |
| 17-cv-01492-JWD-EWD | Beal v. American Bankers Insurance Company of Florida |
| 17-cv-01493-SDD-RLB | Moskot v. American Bankers Insurance Company of Florida |
| 17-cv-01576-BAJ-EWD | Brock v. American Bankers Insurance Company of Florida |
| 17-cv-01597-SDD-RLB | Griffin v. American Bankers Insurance Company of Florida |
| 17-cv-01615-JWD-RLB | Lungaro et al v. American Bankers Insurance Company of Florida |
| 17-cv-01648-BAJ-EWD | Watts v. American Bankers Insurance Company of Florida |
| 17-cv-01761-SDD-RLB | Tullier v. American Bankers Insurance Company of Florida |
| 18-cv-00070-JWD-RLB | Beard v. American Bankers Insurance Company of Florida |

## **O R D E R**

The Court having determined that the above-captioned cases present common questions of law and fact;

**IT IS ORDERED THAT** the above cases are hereby consolidated for discovery purposes only with Civil Action No. 17-349-BAJ-EWD and reassigned to Chief Judge Brian A. Jackson and Magistrate Judge Erin Wilder-Doomes. Counsel shall review Local Rule 10(b) for procedure governing consolidated cases.

Signed in Baton Rouge, Louisiana, this <u>7th</u> day of February, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

_____
JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA