UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RANDY FONTENOT, ET AL. | CIVIL ACTION |
| VERSUS | |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA | NO: 17-00349-BAJ-EWD |

CONSOLIDATED WITH (FOR DISCOVERY)

| | |
|---|---|
| 17-cv-00547-BAJ-EWD | Kergan Bros., Inc. v. American Bankers Insurance Company of Florida |
| 17-cv-01193-BAJ-EWD | Myers et al v. American Bankers Insurance Company of Florida |
| 17-cv-01256-BAJ-EWD | Laughlin v. American Bankers Insurance Company of Florida |
| 17-cv-01268-BAJ-EWD | Cronan et al v. American Bankers Insurance Company of Florida |
| 17-cv-01393-BAJ-EWD | Hamberlin v. American Bankers Insurance Company of Florida |
| 17-cv-01400-BAJ-EWD | Hebert v. American Bankers Insurance Company of Florida |
| 17-cv-01409-BAJ-EWD | Mayeux et al v. American Bankers Insurance Company of Florida |
| 17-cv-01411-BAJ-EWD | Burnett v. American Bankers Insurance Company of Florida |
| 17-cv-01412-BAJ-EWD | Pike et al v. American Bankers Insurance Company of Florida |
| 17-cv-01413-BAJ-EWD | Rogers et al v. American Bankers Insurance Company of Florida |
| 17-cv-01414-BAJ-EWD | Albert v. American Bankers Insurance Company of Florida |
| 17-cv-01415-BAJ-EWD | Freeman et al v. American Bankers Insurance Company of Florida |
| 17-cv-01416-BAJ-EWD | Conner v. American Bankers Insurance Company of Florida |
| 17-cv-01418-BAJ-EWD | Pierce v. American Bankers Insurance Company of Florida |
| 17-cv-01419-BAJ-EWD | Carroll v. American Bankers Insurance Company of Florida |
| 17-cv-01420-BAJ-EWD | Robinson v. American Bankers Insurance Company of Florida |
| 17-cv-01421-BAJ-EWD | Glover et al v. American Bankers Insurance Company of Florida |
| 17-cv-01422-BAJ-EWD | Boyd et al v. American Bankers Insurance Company of Florida |
| 17-cv-01423-BAJ-EWD | Fontenot v. American Bankers Insurance Company of Florida |
| 17-cv-01424-BAJ-EWD | Sellars v. American Bankers Insurance Company of Florida |
| 17-cv-01425-BAJ-EWD | Turner et al v. American Bankers Insurance Company of Florida |
| 17-cv-01426-BAJ-EWD | McQuirter v. American Bankers Insurance Company of Florida |
| 17-cv-01427-BAJ-EWD | Gill et al v. American Bankers Insurance Company of Florida |
| 17-cv-01473-BAJ-EWD | Coan v. American Bankers Insurance Company of Florida |
| 17-cv-01474-BAJ-EWD | Bankston et al v. American Bankers Insurance Company of Florida |
| 17-cv-01492-BAJ-EWD | Beal v. American Bankers Insurance Company of Florida |
| 17-cv-01493-BAJ-EWD | Moskot v. American Bankers Insurance Company of Florida |
| 17-cv-01576-BAJ-EWD | Brock v. American Bankers Insurance Company of Florida |
| 17-cv-01597-BAJ-EWD | Griffin v. American Bankers Insurance Company of Florida |
| 17-cv-01615-BAJ-EWD | Lungaro et al v. American Bankers Insurance Company of Florida |
| 17-cv-01648-BAJ-EWD | Watts v. American Bankers Insurance Company of Florida |
| 17-cv-01761-BAJ-EWD | Tullier v. American Bankers Insurance Company of Florida |
| 18-cv-00070-BAJ-EWD | Beard v. American Bankers Insurance Company of Florida |

## ORDER

**IT IS ORDERED** that the **Joint Motion for 90 Day Stay to Pursue Alternative Dispute Resolution (Doc. 29)** is **GRANTED**.

**IT IS FURTHER ORDERED** that all formal proceedings in the above captioned matters (with the exception of the lead case, *Fontenot v. American Bankers Insurance Company of Florida*, 17-cv-349-BAJ-EWD), are **STAYED** for ninety (90) days, beginning on the date of this Order.

**IT IS FURTHER ORDERED** that during the stay period the parties shall immediately report all matters that are resolved to the Court in accordance with Local Rule 16(c).

Baton Rouge, Louisiana, this 21st day of March, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA